# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

MEDLINE INDUSTRIES, INC.
v.
BSN MEDICAL GMBH and BSN MEDICAL, INC.

Case Number:

FILED: MAY 9, 2008

08CV2681   EDA

JUDGE DOW

MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MEDLINE INDUSTRIES, INC.

| |
|---|
| NAME (Type or print)<br> Christopher D. Liguori |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  Christopher D. Liguori |
| FIRM<br> Tabet DiVito & Rothstein LLC |
| STREET ADDRESS<br> 209 S. LaSalle Street, 7th Floor |
| CITY/STATE/ZIP<br> Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6196499 | TELEPHONE NUMBER<br>(312) 762-9450 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐