IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEDLINE INDUSTRIES, INC., | ) | FILED: MAY 9, 2008 |
| | ) | 08CV2681   EDA |
| Plaintiff, | ) | JUDGE DOW |
| | ) | MAGISTRATE JUDGE COX |
| v. | ) | |
| | ) | Case No. |
| BSN MEDICAL GMBH and BSN MEDICAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Medline Industries, Inc. ("Medline"), pursuant to Federal Rule of Civil Procedure 7.1, respectfully submits its corporate disclosure statement, and states as follows:

1.   Medline does not have a parent corporation and no publicly held corporation owns 10% or more of Medline's stock.

                                                                     Respectfully Submitted,
                                                                     MEDLINE INDUSTRIES, INC.

                                                                     By:   /s/ Christopher D. Liquori
                                                                           One of Its Attorneys

Christopher D. Liquori (Bar # 6196499)
Daniel I. Konieczny (Bar # 6275293)
TABET DIVITO & ROTHSTEIN LLC
209 S. La Salle St., 7th Floor
Chicago, IL  60604
Tel: (312) 762-9450
Fax: (312) 762-9451
Firm No. 38234

Dated: May 9, 2008

1