# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MEDLINE INDUSTRIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BSN MEDICAL GMBH and BSN MEDICAL, ) <br> INC., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 08 cv 2681 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Medline Industries, Inc. ("Medline"), by its attorneys, Tabet, DiVito & Rothstein, LLC, and pursuant to Rule 41(a)(1)(A)(i), files this Notice of Voluntary Dismissal and states as follows:

1. Plaintiff's Complaint in this action shall be dismissed with prejudice.

Dated: July 9, 2008

| | |
|---|---|
| Christopher D. Ligouri (Bar # 6196499) <br> Daniel I. Konieczny (Bar # 6275293) <br> TABET DIVITO & ROTHSTEIN LLC <br> 209 S. La Salle St., 7th Floor <br> Chicago, IL 60604 <br> Tel: (312) 762-9450 <br> Fax: (312) 762-9451 | Respectfully Submitted, <br><br> MEDLINE INDUSTRIES, INC. <br><br> By:   /s/ Daniel I. Konieczny      <br> One of Its Attorneys |